UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANTOS DIAZ-HERNANDEZ,

Plaintiff,

v.

SIX UNKNOWN AGENTS, et al.,

Defendants.

CASE NO. C13-2092-JCC

ORDER

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge. (Dkt. No. 2.) Having thoroughly considered Plaintiff's Complaint, (Dkt. No. 1), and the Report and Recommendation, the Court does hereby find and ORDER:

    (1) The Court ADOPTS the Report and Recommendation in full.

    (2) This action is DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) because the proposed complaint fails to state a claim upon which relief may be granted and is frivolous. This dismissal shall not be deemed a strike for purposes of 28 U.S.C. § 1915(g).

    (3) The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge Donohue.

//

1    DATED this 31st day of December 2013.

2

3

4

5

6

7                                         John C. Coughenour
8                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2